1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724

FILED

MAR 1 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:07-CR-0096 LKK

| UNITED STATES OF AMERICA, | ) CR. No. S- |
|---|---|
| Plaintiff, | ) ORDER TO SEAL |
| | ) (UNDER SEAL) |
| v. | ) |
| MARK C. ANDERSON, | ) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of R. STEVEN LAPHAM, Assistant U.S. Attorney's, to Seal the Indictment, and Order dated in the above-referenced case shall be sealed until the arrest of the defendant or until further order of the Court.

SO ORDERED.

DATED: March 15, 2007

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1