DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK C. ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0096-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| MARK C. ANDERSON, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

    This matter came before the court on April 3, 2007, for a status conference. The government was represented by its counsel, Phil Ferrari (for Steven Lapham), Assistant United States Attorney. Defendant, Mark C. Anderson, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. It was ordered that a further status conference be set for June 5, 2007, at 9:30 a.m. Good cause appearing therefor,

    IT IS ORDERED that a further status conference in this matter be set for June 5, 2007, at 9:30 a.m. in Courtroom 4.

    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)

1  (iv) and Local Code T4, and 18 U.S.C. §3161(h)(8)(B)(ii) and Local Code
2  T2, the period from April 4, 2007, through and including June 5, 2007,
3  is excluded from the time computations required by the Speedy Trial Act
4  due to on going preparation of counsel and case complexity.

6  Dated: April 6, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                     2