```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK C. ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0096-LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| MARK C. ANDERSON, | ) |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

    This matter came before the court on June 5, 2007, for a status conference. The government was represented by its counsel, Steven Lapham, Assistant United States Attorney. Defendant, Mark C. Anderson, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. It was ordered that a further status conference be set for August 7, 2007, at 9:30 a.m. Good cause appearing therefor,

    IT IS ORDERED that a further status conference in this matter be set for August 7, 2007, at 9:30 a.m. in Courtroom 4.

    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, and 18 U.S.C. §3161(h)(8)(B)(ii) and Local Code

1  T2, the period from June 5, 2007, through and including August 7, 2007,
2  is excluded from the time computations required by the Speedy Trial Act
3  due to on going preparation of counsel and case complexity.
4
5  Dated: June 13, 2007

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Order After Hearing                      2