```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK C. ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0096-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| MARK C. ANDERSON, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter came before the court on August 7, 2007, for a status conference. The government was represented by its counsel, Jason Hitt (for Steven Lapham), Assistant United States Attorney. Defendant, Mark C. Anderson, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. After hearing from defense counsel and defendant, it was ordered that the U. S. Marshal inquire regarding defendant's medical needs. It was further ordered that a status conference be set for September 25, 2007, at 9:30 a.m. Good cause appearing therefor,

IT IS ORDERED that the U.S. Marshal inquire as to defendant's

1  medical needs.
2       IT IS FURTHER ORDERED that a status conference in this matter be
3  set for September 25, 2007, at 9:30 a.m. in Courtroom 4.
4       IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)
5  (iv) and Local Code T4, and 18 U.S.C. §3161(h)(8)(B)(ii) and Local Code
6  T2, the period from August 7, 2007, through and including September 25,
7  2007, is excluded from the time computations required by the Speedy
8  Trial Act due to on going preparation of counsel and case complexity.

10 Dated:  August 9, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                    2