DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK C. ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-07-0096-LKK |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| | ) | |
| MARK C. ANDERSON, | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | ) | |

This matter came before the court on October 16, 2007, for a status of counsel hearing. The government was represented by its counsel Steven Lapham, Assistant United States Attorney. Defendant, Mark C. Anderson, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. At the request of defense counsel, it was ordered that the status of counsel proceeding be continued for two weeks until October 30, 2007, at 9:30 a.m. before the Honorable Lawrence K. Karlton. Good cause appearing therefor,

IT IS ORDERED that a status of counsel hearing in this matter be set for October 30, 2007, at 9:30 a.m. in Courtroom 4.

1    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)
2 (iv) and Local Code T4, the period from October 16, 2007, through and
3 including October 30, 2007, is excluded from the time computations
4 required by the Speedy Trial Act due to on going preparation of
5 counsel.

7 Dated:   October 19, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                    2