1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  555 Capitol Mall, 6th Floor, Suite 600
   Sacramento, California  95814
3  Telephone:  (916) 498-9258
   Fax:        (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5

6  Attorney for Defendant
   MARK ANDERSON
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )
12                                   )  NO. CR.S-07-096-LKK
                   Plaintiff,        )
13                                   )  ORDER AFTER HEARING
        v.                           )
14                                   )  Date: November 27, 2007
                                     )  Time: 9:30 a.m.
15                                   )  Judge: Hon. Lawrence K. Karlton
   MARK C. ANDERSON,                 )
16                                   )
                   Defendant.
17  _____

18                              **ORDER**

19      The parties appeared on the above date for a status conference in

20  this matter. The defendant was present and in custody.  The parties

21  agreed to re set the matter for a further status conference on January

22  29, 2008 at 9:30.  All parties agreed on the record that time from the

23  Speedy Trial Act through the date for the new hearing should be

24  excluded in computing the time within which trial must commence under

25  the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv)

26  and Local Code T4. Based upon those provisions, the Court ordered that

27  time was excluded in the interests of justice.

28  Order after hearing

1

                                  Respectfully submitted,

2

                                  MARK J. REICHEL
                                  Attorney at Law

3

4    DATED: January 7, 2008                /s/ MARK J. REICHEL
                                  MARK J. REICHEL

5                                      Attorney for Defendant

6                                      McGREGOR SCOTT
                                  United States Attorney

7

8

9    DATED: January 7, 2008                /s/ MARK J. REICHEL for
                                  R. Stephen Lapham
                                  Assistant U.S. Attorney

10                                     Attorney for Plaintiff

11

12                           **O R D E R**

13       **IT IS SO ORDERED.**

14

15   DATED: January 7, 2008

16                           LAWRENCE K. KARLTON
                        SENIOR JUDGE

17                           UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

Order after hearing                                 2