MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California 95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MARK ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-07-096-LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | Date: February 5, 2008 |
| ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| MARK ANDERSON ) | |
| ) | |
| Defendant. | |
| _____ | |

**ORDER**

The parties appeared on the above date for a status conference in this matter. The defendant was present and in custody.  The parties agreed to re set the matter for a further status conference on March 11, 2008 at 9:30.  All parties agreed on the record that time from the Speedy Trial Act through the date for the new hearing should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4. Based upon those provisions, the Court ordered that time was excluded in the interests of justice.

Order after hearing

Case 2:07-cr-00096-KJM-EFB   Document 40   Filed 03/03/08   Page 2 of 2

```
                                        Respectfully submitted,

                                        MARK J. REICHEL
                                        Attorney at Law


DATED: February 5, 2008                 /s/ MARK J. REICHEL
                                        MARK J. REICHEL
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney



DATED: February 5, 2008                 /s/ MARK J. REICHEL for
                                        STEVEN LAPHAM
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: March 3, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

```
                                        Respectfully submitted,

                                        MARK J. REICHEL
                                        Attorney at Law


DATED: February 5, 2008                 /s/ MARK J. REICHEL
                                        MARK J. REICHEL
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney



DATED: February 5, 2008                 /s/ MARK J. REICHEL for
                                        STEVEN LAPHAM
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: March 3, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT