MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MARK ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-07-096-LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE DATE FOR |
| v. | ) | STATUS HEARING |
| | ) | |
| | ) | Date: April 8, 2008 |
| | ) | Time: 9:30 a.m. |
| MARK C. ANDERSON, | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, R. STEPHEN LAPHAM, Assistant United States Attorney,  MARK J. REICHEL, Esq., attorney for defendant Anderson, that the present date for the status conference shall be continued to April 8, 2008.

   All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through April 8, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and

Stip to April 8 2008

1 | Local Code T4 for effective defense preparation.

2 | DATED: March 7, 2008.                    Respectfully submitted,

3 |                                          /s/ MARK J. REICHEL
    |                                        MARK J. REICHEL
4 |                                          Attorney for Defendant

5 |
    |                                        McGREGOR W. SCOTT
6 |                                          United States Attorney

7 | DATED: March 7, 2008.                    /s/MARK J. REICHEL for:
    |                                        R. STEPHEN LAPHAM
8 |                                          Assistant U.S. Attorney
    |                                        Attorney for Plaintiff
9 |

10 |                              **O R D E R**

11 |     **IT IS SO ORDERED.** Time is excluded in the interests of justice
     pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
12 |
     DATED: March 7, 2008
13 |

14 |
                                    /s/ Lawrence K. Karlton
15 |                                 _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
16 |                                UNITED STATES DISTRICT COURT