McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-07-096 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME |
| v. | ) | |
| MARK C. ANDERSON, | ) | |
| Defendant. | ) | |

    This matter came on regularly for Status Conference on April 8, 2008, in the courtroom of the Honorable Lawrence K. Karlton. Attorney John Balazs appeared specially for Attorney Mark Reichel on behalf of the defendant, Mark C. Anderson, who was personally present. Assistant U.S. Attorney R. Steven Lapham appeared on behalf of the United States.

    Due to Mr. Reichel's temporary absence due to an illness in the family, the Court continued the status conference to April 15, 2008 at 9:30 a.m. The Court has previously found this case to be complex based on the nature of the charges and the amount of discovery produced by the government and that finding is reaffirmed. Thus, the requested continuance is for effective and diligent preparation of counsel.

////

1

1   The Court finds that the interests of justice served by
2  granting this continuance outweigh the best interests of the
3  public and the defendant in a speedy trial, 18 U.S.C. §§ 3161
4  (h)(8)(B)(iv) (local code T-4) and, therefore, time will be excluded
5  under the Speedy Trial Act from April 8, 2008 through April 15,
6  2008.
7  DATE: April 14, 2008

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```