MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MARK ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  ) NO. CR.S-07-096-LKK
            Plaintiff,            )
                                  ) ORDER RE WAIVER OF DEFENDANT'S
    v.                            ) APPEARANCE
                                  )
                                  ) Date: April 15, 2008
                                  ) Time: 9:30 a.m.
MARK C. ANDERSON,                 ) Judge: Hon. Lawrence K. Karlton
                                  )
            Defendant.
_____

    Pursuant to Fed.R.Crim.P. 43, defendant, MARK C. ANDERSON, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, further arraignments, motions hearings, entries of plea and status conferences. Defendant understands that his attorney will be setting a schedule for the filing of pretrial dispositive motions and that the hearing date for said motions might be as late as October 2008. Defendant specifically agrees that same is acceptable.  Defendant further understands that a trial date will not be set at the hearing on

Waiver of defendant's presence
April 15 2008

April 15, 2008.

The defendant agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and dates under that Act without his personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: April 14, 2008

/s/ MARK C. ANDERSON
MARK C. ANDERSON
(Original retained by attorney)

I concur in Mr. Anderson's decision to waive his presence at future proceedings.

Dated: April 14, 2008         Respectfully submitted,

                              MARK J. REICHEL
                              Attorney at Law


                              /s/ Mark J. Reichel
                              Attorney for Defendant


IT IS SO ORDERED.

Dated: April 14, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT