MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MARK ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-07-096-LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING AND PARTIES |
| v. ) | STIPULATION ON THE SCHEDULE FOR |
| ) | THE FILING OF PRE TRIAL MOTIONS |
| ) | AND THE EXCLUSION OF TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| MARK C. ANDERSON, ) | |
| ) | |
| Defendant. | Date: August 12, 2008 |
| _____ | Time: 2:30 p.m. |
| | Judge: Hon. Lawrence K. Karlton |

On this date and time, August 12, 2008, 2:30 p.m., the court in the presence of all parties held a hearing upon the defendant's written submission to the court of a letter expressing his dissatisfaction with his court appointed attorney and with the medical treatment provided to him at the Sacramento County Jail, where he is held pre trial.

On the subject of representation, the government counsel was excused from the courtroom and the defendants's concerns were heard by the court.  The court found the concerns not sufficient to excuse counsel and requested counsel to expend

Stip after hearing August 12

1 more effort and time toward the matter.

2 On the subject of the defendant's medical treatment, the
3 U.S. Marshal's Service was advised by the court to look into
4 the concerns and defense counsel was to also make contact
5 with the jail administration and inquire into the matter.

6 Government counsel was then brought back into the
7 courtroom.

8 The government counsel and defense counsel have
9 thereafter agreed upon the following schedule for the filing
10 of pretrial motions:

11 Hearing on defense motions: October 14, 2008 at 9:30
12 a.m. Non evidentiary.

13 Defense reply to the opposition: October 7, 2008;

14 Government opposition: September 30, 2008

15 Defense motions filed: September 16, 2008

16 All counsel and defendant agree that time under the
17 Speedy Trial Act from the date this stipulation is lodged
18 through October 14, 2008 should be excluded in computing the
19 time within which trial must commence under the Speedy Trial
20 Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and
21 Local Code T4 for effective defense preparation.

22 DATED: August 28, 2008.          Respectfully submitted,

23                                  /s/ MARK J. REICHEL
                                    MARK J. REICHEL
24                                  Attorney for Defendant

```
                                    McGREGOR W.  SCOTT
                                    United States Attorney

DATED: August 28, 2008.             /s/MARK J. REICHEL for:
                                    R. STEPHEN LAPHAM
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 28, 2008

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

Stip and Order                            3