MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MARK ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-07-096-LKK |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE DATE FOR |
| v. ) | HEARING |
| ) | |
| ) | Date: January 21, 2009 |
| ) | Time: 9:30 a.m. |
| MARK C. ANDERSON, ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, R. STEPHEN LAPHAM, Assistant United States Attorney, MARK J. REICHEL, Esq., attorney for defendant Anderson, that the present date for the motion hearing shall be continued to January 21, 2009.

The parties have agreed upon the following schedule for the filing of the supplement to defendant's motion:

Brief in support of the motion: December 16, 2008

Government's opposition: January 9, 2009

Defense reply to the opposition: December 16, 2009

Stip

Hearing on defense motion: January 21, 2009 at 9:15 a.m.

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through January 21, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: November 26, 2008.   Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney

DATED: November 26, 2008.   /s/MARK J. REICHEL for:
R. STEPHEN LAPHAM
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: November 26, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT