1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  555 Capitol Mall, 6th Floor, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   Fax:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5

6  Attorney for Defendant
   MARK ANDERSON
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,      )
12                                 ) NO. CR.S-07-096-LKK
                Plaintiff,         )
13                                 ) STIPULATION TO CONTINUE DATE FOR
        v.                         ) HEARING; DECLARATION OF COUNSEL;
14                                 ) ORDER THEREON
                                   )
15                                 ) Date: March 3, 2009
   MARK C. ANDERSON,               ) Time: 9:15 a.m.
16                                 ) Judge: Hon. Lawrence K. Karlton
                Defendant.
17 _____

18      IT IS HEREBY STIPULATED by and between the parties
19 hereto through their respective counsel, R. STEPHEN LAPHAM,
20 Assistant United States Attorney,  MARK J. REICHEL, Esq.,
21 attorney for defendant Anderson, that the present date for
22 the motion hearing shall be continued to March 3, 2009 at
23 9:15AM.
24      The further defense briefing shall be filed on or before
25 January 22, 2009;
26      The government briefing shall be filed on or before
27 February 10, 2009;
28 Stip to Feb 24 2009

1  Any reply pleading by the defense shall be filed
2  February 17, 2009.
3   All counsel and defendant agree that time under the
4  Speedy Trial Act from the date this stipulation is lodged
5  through March 3, 2009 should be excluded in computing the
6  time within which trial must commence under the Speedy Trial
7  Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and
8  Local Code T4 for effective defense preparation and Local
9  Code e as motions are currently pending before the court.
10  The basis for the Stipulation is as follows and is
11  premised upon the declaration of defense counsel, contained
12  herein:
13   i.) Defense counsel has spent considerable time
14  assisting the defendant in the civil defense of a parallel
15  civil matter, <u>Sam Maslak et al. v. Mark Anderson et al</u>, Marin
16  Co. Superior Court Case NO. CVC 43266; the matter contains
17  similar allegations to the federal criminal case at hand and
18  defendant Anderson's positions and responses in same are very
19  relevant to the present federal case;
20   ii. ) Defense counsel was working with two (2) significant
21  professionals on this case, who are now unavailable; one was lost to
22  death and the other to severe and possibly fatal illness. First,
23  investigator James E. DePoy was working with defense counsel on this
24  case. Mr. DePoy was a former Senior Investigator with the Office of the
25  Federal Defender, was a 24 year criminal investigator, and held a law
26  degree from an ABA accredited school. He worked on the discovery, and
27  other documents, and did research and investigation. Mr. DePoy died
28  suddenly of a heart attack on October 28, 2008; he was 61 years old.

1  Mr. DePoy's death was unforeseen and has left defense counsel in a
2  very difficult situation. He did a large share of work in the office
3  and on this case.

4  Also employed on the case was a very qualified paralegal, Ms. Gail
5  Griffin, who was just diagnosed with 3rd stage breast cancer as well as
6  advanced lymphoma. This was unforeseen, discovered after she went in
7  for an annual check up, at age 51. She has been out on medical leave
8  since October 20, as she is undergoing radiation treatment and was
9  taking a new cancer drug which prevented her from working.  Ms. Griffin
10 did a large share of the work on this specific case, including research
11 and drafting of documents, and all other miscellaneous work.

12  Ms. Griffin is out for radiation treatment and will not return to
13 work on the case until after February 2, 2009; more likely she might
14 not return based upon her health matters.

15  Both Ms. Griffin and Mr. DePoy have left work on the case
16 unexpectedly and also very quickly. The effect on the case has been
17 substantial.

18  iii.) Defense counsel developed a severe eye infection
19 on January 11, 2009, and was treated by his doctor on 2
20 consecutive days, Monday January 11 and Tuesday January 12,
21 2009. His right eye was swollen and closed based upon the
22 rare infection.  He was prescribed medication of doxcycline
23 as an aggressive antibiotic.  Defense counsel was unable to
24 work the weekend of January 11 through to the date of January
25 15, 2009 based upon this eye infection.

26  iv.) Defense counsel has spoken with the defendant in
27 this case and the defendant personally consents, agrees and
28 requests that the court order this extension of time;

## DECLARATION OF DEFENSE COUNSEL

I, Mark J. Reichel, am the attorney for the defendant in this matter. I have drafted the statements set forth in this Stipulation Of The Parties and have specifically drafted the statements set forth in paragraphs i.) - iv.), above. I know the statements to be true of my own knowledge.

I declare the foregoing under the penalty of perjury that the foregoing is true and correct.

DATED January 15, 2009

/s/ Mark J. Reichel

MARK J. REICHEL

It is so stipulated by the parties:

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant

LAWRENCE BROWN
United States Attorney

DATED: January 20, 2009.   /s/MARK J. REICHEL for:
R. STEPHEN LAPHAM
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code e as motions are pending.

DATED: January 20, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip and Order