MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MARK ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br>                                      )<br>                                      )<br>MARK ANDERSON                         )<br>                                      )<br>            Defendant.                )<br>_____ | NO. CR.S-07-096-LKK<br><br>ORDER AFTER HEARING<br><br>Date: September 9, 2009<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**ORDER**

The parties appeared on the above date for a status conference in this matter. The defendant was present and in custody.  The parties agreed to re set the trial date, and to vacate the currently scheduled trial date of October 6, 2009. The trial date is now set for November 17, 2009 and the trial confirmation hearing is set for November 3, 2009 at 9:15 a.m. The November 3, 2009 hearing shall also be the hearing on in limine motions.

In limine motions are to be filed 14 days before November 3, 2009, and any opposition to be filed 7 days before.

Order after hearing

1  All parties agreed on the record that time from the Speedy Trial
2  Act through the date for the new trial of November 17, 2009 should and
3  will be excluded in computing the time within which trial must commence
4  under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161
5  (H)(8)(B)(iv) and Local Code T4. Based upon those provisions, the Court
6  ordered that time was excluded in the interests of justice.

                                    Respectfully submitted,

                                    MARK J. REICHEL
                                    Attorney at Law

DATED: September 9, 2009            /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Attorney for Defendant

                                    LAWRENCE BROWN
                                    United States Attorney


DATED: September 9, 2009            /s/ MARK J. REICHEL for
                                    STEVEN LAPHAM
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: September 11, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order after hearing                      2