1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  455 Capitol Mall, 3rd Floor, Suite 350
   Sacramento, California  95814
3  Telephone:  (916) 498-9258
   Fax:        (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5

6  Attorney for Defendant
   MARK ANDERSON
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )
12                                   ) NO. CR.S-07-096-LKK
                    Plaintiff,       )
13                                   ) STIPULATION TO CONTINUE DATE FOR
        v.                           ) SENTENCING
14                                   )
                                     ) Date: January 4, 2011
15                                   ) Time: 9:15 a.m.
   MARK C. ANDERSON,                 ) Judge: Hon. Lawrence K. Karlton
16                                   )
                    Defendant.
17 _____

18      IT IS HEREBY STIPULATED by and between the parties

19 hereto through their respective counsel, R. STEPHEN LAPHAM,

20 Assistant United States Attorney, MARK J. REICHEL, Esq.,

21 attorney for defendant Anderson, that the present date for

22 the SENTENCING hearing shall be continued to January 4, 2011.

23      Independent Consulting counsel Mr. Karowsky and the

24 defendant desire additional time to consult with and review

25 defense and government materials, especially with Mr.

26 Reichel. Mr. Reichel was in trial for over two weeks in USA

27 v. Watters, 09-198 JAM from October 25 to November 2nd.

28 Stip

1   DATED: November 15, 2010.        Respectfully submitted,

2                                    /s/ MARK J. REICHEL
                                     MARK J. REICHEL
3                                    Attorney for Defendant

4
                                     BENJAMIN WAGNER
5                                    United States Attorney

6   DATED: November 15, 2010.        /s/MARK J. REICHEL for:
                                     R. STEPHEN LAPHAM
7                                    Assistant U.S. Attorney
                                     Attorney for Plaintiff
8

9                        O R D E R

10       IT IS SO ORDERED.

11  DATED: November 15, 2010

12                                   _____
                                     LAWRENCE K. KARLTON
13                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Order                          2