IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,  CR. NO. S-07-0096 LKK (GGH)

    vs.  <u>ORDER</u>

MARK ANDERSON,

    Defendant.

_____/

    On February 3, 2011, counsel for defendant, Mark Anderson, in this criminal action filed a Motion for Constitutionally Adequate Incarcerated Medical Care for Mark Anderson. The Motion was directed to the Sheriff of Sacramento County. In this criminal action wherein only the United States and Mr. Anderson are parties, the court has no jurisdiction over the Sheriff. However, pursuant to the All Writs Act, 28 U.S.C. § 1651, this court has authority to issue writs "in aid of [its] respective jurisdiction[]."

    The Sheriff of Sacramento County houses federal pretrial detainees and defendants awaiting sentencing pursuant to contract with the United States Marshal Service. The court finds that its jurisdiction in this criminal action will be impaired if defendant Anderson is being denied adequate medical treatment pending resolution of this criminal action. Therefore, the Sheriff, or his duly designated subordinate with authority to act in this matter, shall appear

1

February 7, 2011, 2:00 pm in Courtroom 9 of the United States Courthouse, Sacramento, California, before the undersigned, to be heard in response to defendant Anderson's motion. The hearing will determine, whether temporarily or permanently, defendant Anderson shall be afforded the medical relief or appliances which he believes necessary for adequate medical care.

The Marshal shall serve this order, and the underlying motion, on the Sheriff this 4th day of February 2011 before 3:00 p.m. The parties to this action shall be electronically served.

DATED: 02/04/2011                          /s/ Gregory G. Hollows
                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
anderson096.ord