BENJAMIN B. WAGNER
United States Attorney
R STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00096 LKK |
| | ) | |
| Plaintiff, | ) | ORDER FINDING WAIVER |
| | ) | OF ATTORNEY-CLIENT PRIVILEGE |
| v. | ) | WITH RESPECT TO DEFENDANT'S |
| | ) | MOTION TO WITHDRAW GUILTY PLEAS |
| MARK ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having considered the government's motion, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Defendant has waived his attorney-client privilege with respect to communications between him and his previous attorney, Mark Reichel, and any other persons employed by Mr. Reichel as part of the defense team (including but not limited to other attorneys, law clerks, investigators, and experts) concerning matters relating to investigation conducted, witness statements, experts reports, and other matters relating to Mr. Reichel's performance as counsel for the defendant. Mr. Reichel is hereby permitted to freely disclose to the parties and to the Court

any relevant information bearing on these issues.

    2.  The in camera proceedings conducted in this case on 8/12/08, 9/29/09, 8/12/10 and 1/4/11, are ordered unsealed for the limited purpose of permitting the court reporter to transcribe the proceedings. Copies of the transcripts shall then be delivered to the court for in camera review. The costs of transcription shall be paid by the government.

    3.  The hearing on the defendant's motion to withdraw his guilty plea, currently set for May 3, 2011, is vacated. The court shall instead conduct a status conference on that date to determine a briefing schedule and hearing date based on the estimate of when the transcripts will be ready.

Dated: April 18, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

9