BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MARK ANDERSON,<br><br>　　　　　　Defendant. | CR. NO. S-07-096 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE |

　　　IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the Status Conference currently set for May 3, 2011, may be continued to May 17, 2011 at 9:15 a.m. This continuance is necessary to permit the court reporter to prepare transcripts necessary for the resolution of the defendant's pending motion to withdraw guilty plea and to permit the court to review those transcripts prior to the status conference.

　　　This stipulation is based on the following facts:

　　　1.  This court previously entered an order unsealing certain transcripts that may be relevant to the defendant's pending motion. Because the court reporter was on vacation at the time the court entered the order, there was no way to determine when the

1

1 transcripts would be ready.  The court reporter has now advised that
2 the transcripts will likely be ready on or before May 9, 2011.
3     2.  Defense counsel Jan Karowsky is currently in a trial that
4 is expected to last one more week.
5     3.  In light of the foregoing, the parties recommend that the
6 status conference currently set for May 3 be continued to May 17,
7 2011.  By that date, it is hoped that the court will have had time
8 to review the transcripts to determine whether all or any part of
9 them should be disclosed to the parties for use in supporting or
10 opposing the defendant's motion, and that the court will will set a
11 further briefing schedule as circumstances may warrant.

DATED: April 29, 2011

           BENJAMIN B. WAGNER
           United States Attorney

By: s/R. Steven Lapham
    R. STEVEN LAPHAM
    Assistant U.S. Attorney

DATED: April 29, 2011

    s/ Jan David Karowsky
    JAN DAVID KAROWSKY
    Counsel for James Ballesteros

O R D E R

IT IS SO ORDERED.

DATED: May 2, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2