UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-096 LKK |
| Plaintiff, | |
| v. | O R D E R |
| MARK ANDERSON, | |
| Defendant. | |

The Court is in receipt of defendant's request to turn over the recorded conversations between defendant and his former counsel. The court received two audio tapes, consisting of 3 conversations, which have been converted to CD format.

It is the Court's belief that if the recordings are delivered to defense counsel they should also be turned over to the government. The parties are granted 5 days to advise the court on their position on the matter.

IT IS SO ORDERED.

DATED: July 22, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT