BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK ANDERSON,<br><br>        Defendant. | CR. NO. S-07-096 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING EVIDENTIARY<br>HEARING |

IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, and subject to the approval of the court, that the evidentiary hearing currently set for August 31, 2011, may be continued to September 15, 2011 at 10:00 a.m.  This continuance is necessary to accommodate the schedule of witnesses who will be required to testify at the hearing.

DATED: August 23, 2011

                              BENJAMIN B. WAGNER
                              United States Attorney

                        By: s/R. Steven Lapham
                           R. STEVEN LAPHAM
                           Assistant U.S. Attorney

DATED: August 15, 2011

                    s/ Jan David Karowsky
                    JAN DAVID KAROWSKY
                    Counsel for Mark Anderson

O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the Evidentiary Hearing presently set for August 31, 2011, be continued to September 15, 2011, at 10:00 a.m. **Former counsel for defendant, Mark Reichel, is hereby ordered to appear at 10:00 a.m. on September 15, 2011, and the government is ordered to serve a copy of this order upon Mark Reichel.**

IT IS SO ORDERED.

DATED: August 23, 2011

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT

2