1   Krista Hart
    Attorney at Law
2   State Bar No. 199650
    428 J Street, #350
3   Sacramento, CA 95814
    (916) 498-8398
4   kristahartesq@gmail.com

5   Attorney for Appellant

6

7               UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,          Cr.S. 07-096 LKK

11              Plaintiff/Appellee,

12      v.                             **ORDER**

13  MARK C. ANDERSON,

14              Defendant/Appellant.

15

16

17  **GOOD CAUSE APPEARING** the Court orders the court reporter to prepare

18  unredacted transcripts of the *in camera* hearings held on September 29, 2009, and

19  January 4, 2011, and to provide a copy to attorney Krista Hart. The Court orders

20  the transcripts to otherwise remain sealed unless and until appellant introduces the

21  issue into the appeal. Counsel for appellant will make arrangements to compensate

22  the court reporter pursuant to the Criminal Justice Act.

23  DATED: October 17, 2012

24

25  LAWRENCE K. KARLTON

26  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

27

28                                  1