PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>v.<br><br>MARK ANDERSON,<br><br>                    Movant. | CASE NO. 2:07-CR-00096-KJM-EFB<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

   On December 08, 2016, Respondent requested a 90-day extension of time to file a response to Defendant's § 2255 petition.

   IT IS HEREBY ORDERED, that Respondent's request for a 90-day extension is granted. The response is now due March 16, 2017.

Dated: December 15, 2016.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE