UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MARK C. ANDERSON,<br><br>Movant. | No. 2:07-cr-96-KJM-EFB P<br><br>ORDER |

Movant, who proceeds without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The government filed an answer to that motion (ECF No. 236) and movant's reply was due on May 17, 2017. After numerous extensions of time, movant has filed yet another request, stating that he has prepared a reply brief, but requesting another forty-five day extension of time "in order to provide potential counsel [with] the opportunity to review [it]." ECF No. 247 at 1. Movant adds that "[s]ooner or later[, he] will be requesting appointment of counsel . . . ." *Id.* at 3. It is unclear whether movant is implying that he may seek to further delay the filing of his reply brief pending ruling on a future request for appointment of counsel.

Although a request for appointment of counsel is not currently before the court, the record at this time does not support a finding that the interests of justice would be served by the appointment of counsel. *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2255 Cases. Moreover, movant has had ample time to prepare a reply brief, and apparently has already

1

done so.  Nevertheless, the court will grant movant' request (ECF No. 247) and extend the filing deadline one final time.  Movant must file his reply brief within forty-five days from the date of this order.  Any further request to extend this deadline will be viewed with disfavor.  Movant's § 2255 motion will be deemed submitted at the conclusion of those forty-five days, with or without movant's reply brief.

So ordered.

DATED:  December 12, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE