# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:07-cr-96-KJM-EFB P |
|---|---|
| Respondent, | |
| v. | ORDER |
| MARK C. ANDERSON, | |
| Movant. | |

Movant, who proceeds without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On December 12, 2017, the court granted movant a final extension of time to file his reply to the government's answer. ECF No. 248. Movant now seeks another extension of time to file his reply, stating that he is still attempting to retain counsel. ECF No. 249. Movant's request is denied. Movant previously informed court that his reply brief had been drafted and simply requested to delay filing it. ECF No. 247 at 1. There is no good cause to further delay its filing. In the event movant retains counsel and wishes to amend his reply, he may so notify the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request for an extension of time (ECF No. 249) is denied.

/////

/////

/////

1

2. Movant shall file his reply brief within seven days from the date of this order. Movant's § 2255 motion will thereafter be deemed submitted, with or without movant's reply brief.

DATED: January 31, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE