UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MARK C. ANDERSON,<br><br>Movant. | No. 2:07-cr-96-KJM-EFB P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. After several extensions of time, movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 29, 2019, are adopted in full;

2. Movant's motion to vacate, correct or set aside his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 222) is denied;

3. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-2409-KJM-EFB; and

4. The Clerk is directed to enter judgment accordingly.

DATED: September 26, 2019.

_____
UNITED STATES DISTRICT JUDGE