```
 1   MARK C. ANDERSON
     Federal Reg. No. 16966-097
 2   Federal Correctional Institution,
       at Terminal Island
 3   Post Office Box 3007
     San Pedro, California 90733
 4
     Appellant and Defendant, in
 5   pro se, without counsel
```

**FILED**

**OCT 15 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN SACRAMENTO, CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Respondent and Plaintiff,<br><br>v<br><br>MARK C. ANDERSON,<br><br>   Appellant and Defendant. | Case numbers:<br><br>2:07-cr-00096-KJM-EFB P<br>2:16-cv-02409-KJM-EFB<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that MARK C. ANDERSON, defendant hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the order to deny defendant's motion to vacate, correct or set aside his sentence pursuant to 28 U.S.C. § 2255; along with the companion civil case No. 2:16-cv-02409-KJM-EFB, on September 26, 2019 by United States District Juddge Hon. Beverly J. Mueller.

_/s/ Mark C. Anderson_
MARK C. ANDERSON
OCTOBER 7, 2019

## CERTIFICATE OF SERVICE

I, \_\_\_\_\_MARK C. ANDERSON\_\_\_\_\_, certify that on this 10th day of OCTOBER, 2019, that I sent first class postage prepaid, or other delivery charges prepaid, by depositing said documents herein-listed with prison authorities at the Mail Room of the Federal Correctional Institution at Terminal Island, for mailing through the United States Postal Service, pursuant to Houston v. Lack, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988) (holding that a Pro Se prisoner's filing was deemed filed on the date of delivery to prison authorities for filing with the court), mailing copies of the foregoing:

NOTICE OF APPEAL FOR § 2255 Motion

to the following individuals and/or entities:

Clerk of the Court
United States District Court/Eastern California District
501 I Street, Sacramento, CA 95814

Rosanne Rust
AUSA
US ATTORNEY
501 I Street
Sacramento

I certify under the penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. §1746 of the United States Code.

[signature]

Fed. Reg. No. 16962-097
Federal Correctional Institution
Terminal Island
Post Office Box #3007
San Pedro, California 90731-0207