Stephanie M. Adraktas
State Bar #215323
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
415-699-1507
stephanieadraktas@att.net
Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARK ANDERSON,<br><br>　　　　Defendant | Case No. 2:07-cr-00096-KJM<br><br>ORDER SEALING EXHIBITS 12 AND 13 |

　　　　For the reasons stated in the defendant's request to seal Exhibits 12 and 13, the defendant is granted leave to file those documents under seal.

Dated this 30th day of September, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER SEALING EXHIBITS 12 AND 13 - 1