Stephanie M. Adraktas
State Bar #215323
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
415-699-1507
stephanieadraktas@att.net
Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARK ANDERSON,<br><br>　　　　Defendant | Case No. 2:07-cr-00096-KJM<br><br>ORDER SEALING EXHIBIT 1 |

For the reasons stated in the defendant's request to seal Exhibit 1, the defendant is granted leave to file those documents under seal.

Dated this 21st of June 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER SEALING EXHIBIT 1 - 1