Terry W. Bird – Bar No. 49038
   tbird@birdmarella.com
Dorothy Wolpert – Bar No. 73213
   dwolpert@birdmarella.com
Shoshana E. Bannett – Bar No. 241977
   sbannett@birdmarella.com
Kate S. Shin – Bar No. 279867
   kshin@birdmarella.com
Oliver Rocos – Bar No. 319059
   orocos@birdmarella.com
Christopher J. Lee – Bar No. 322140
   clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Naeun Rim – Bar No. 263558
   nrim@manatt.com
Ima Nsien – Bar No. 304096
   insien@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Donald Specter – Bar No. 83925
   dspecter@prisonlaw.com
Sara Norman – Bar No. 189536
   snorman@prisonlaw.com
Sophie Hart – Bar No. 321663
   sophieh@prisonlaw.com
Patrick Booth – Bar No. 328783
   patrick@prisonlaw.com
Jacob Hutt – MJP No. 804428
   jacob@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

Peter J. Eliasberg – Bar No. 189110
   peliasberg@aclusocal.org
Peter Bibring – Bar No. 223981
   pbibring@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Attorneys for Plaintiff-Petitioners Lance Aaron Wilson, Maurice Smith, and Edgar Vasquez

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LANCE AARON WILSON; MAURICE SMITH; EDGAR VASQUEZ, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>FELICIA L. PONCE, in her capacity as Warden of Terminal Island; and MICHAEL CARVAJAL, in his capacity as Director of the Bureau of Prisons,,<br><br>Defendant-Respondents. | No. 2:20-cv-04451-MWF-MRWx<br><br>**DECLARATION OF DANIEL CHAVEZ** |

400417311.1

# DECLARATION OF DANIEL CHAVEZ

I, Daniel Chavez, declare as follows:

1. My name is Daniel Chavez, and my BOP number is 69477-112. I am 45 years old, and I am currently incarcerated at FCI Terminal Island.

**Personal COVID-19 Experience**

2. Early last year, when the pandemic first started, I was living in the J-unit when I tested positive for COVID-19. I believe I caught the virus because of the way the prison was moving people around. During the first round of testing, I tested negative, and the people who had tested positive were moved out of the J-Unit. The prison shuffled people around and brought new people into the unit. A few days later, I developed symptoms of COVID-19, including fatigue, loss of smell and taste, and a cough. In April of 2020, I tested positive. Everyone around me was sick, and we kept hearing that guys were dying from COVID. We were all scared we were going to die.

3. After my positive test, I was moved into the E-Unit, which was (and is still) being used for quarantine and isolation. There was no air conditioning in E-Unit. After 5 days in the E-Unit, they moved me and a bunch of others to the UNICOR warehouse, where I stayed for about two weeks. The warehouse also had no air-conditioning and was infested with pigeons and rats. When it rained, the warehouse would fill with water. I believe we were put in the warehouse at the time because the prison was overcrowded, and they did not have space to quarantine or isolate us.

**Testing Practices**

4. In November of 2020, I got sick again. I felt fatigued, developed a cough, had flu-like symptoms, and had to use the bathroom frequently. I reported my symptoms on a hard copy cop-out request and asked to see medical because I wanted to get another COVID-19 test. Medical did not respond to me for nearly

400417311.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

DECLARATION OF DANIEL CHAVEZ
CASE NO. 2:20-CV-04451-MWF-MRWX

two weeks. A nurse finally came, took my temperature, and said that because I did not have a fever (it had probably passed by then), I was ok and should just drink water. I was not tested again for COVID-19.

5. I currently live in housing unit A-north at FCI Terminal Island. My unit is a dormitory-style housing unit with approximately 40-50 people. We share bunk beds that are approximately 3 feet apart, with no walls or dividers. Social distancing within the dorms continues to be impossible. Because of our communal space, I see and hear what is going on with the people housed in my unit.

6. I have seen other people reporting symptoms of COVID-19 who are not being tested. They report symptoms during sick call, or they write a cop-out, but they either receive no response, or they go to medical and are told to just drink water.

**Current Outbreak**

7. The refusal to test people who are reporting symptoms unless they have a high fever is putting us in danger. About three weeks ago, there were five or six guys in my unit who were sick with flu-like symptoms and a phlegmy cough. They went to medical but were not tested for COVID-19 because their fevers were not high enough. A couple of those guys were then transferred to the D-Unit. Soon after that, D-Unit started testing positive and was put on lockdown.

8. In addition to D-Unit, several units are under quarantine. K-Unit was quarantined because one of their COs tested positive. My unit (A-Unit) was put on quarantine this week.

9. Apart from not testing enough, I believe this outbreak is occurring because they are starting to fill this place up again. I see about 40 to 80 new inmates being brought in every two weeks. There is not enough space to quarantine them while isolating the people who test positive.

400417311.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

DECLARATION OF DANIEL CHAVEZ
CASE NO. 2:20-CV-04451-MWF-MRWX

10. The staff are also bringing in COVID-19 from the outside. Some of the staff take it seriously and try to do a good job, but some of them don't. Some guards aren't wearing masks and aren't vaccinated.

**Underreporting**

11. People are scared to report symptoms because the prison responds by punishing us in ways that make no sense. When D-Unit started reporting positive cases, people saw sick inmates being handcuffed and put in the hole. Why are people getting punished for being sick? The prison also took away all phone and television privileges from D-Unit and K-Unit when they were quarantined. It doesn't make any sense because those units are dorms. Everyone has to sleep, eat, and breathe next to each other, and there is no social distancing anyway. The phones are located in the lobby of each unit, so you would still be around the same people in your unit that you're always around when you use the phone.

12. Phone privileges and occasionally watching TV are some of the few things we can do to stay sane in this place. People don't want to report COVID-19 symptoms because we have seen that all the prison does is throw people in the hole and deprive them of phone calls and television for three weeks.

**Delayed Medical Care and Vaccination Distrust**

13. Everywhere around me, I see people asking for medical care and not getting it. This includes people who appear to be suffering from long-term effects of COVID-19. For example, I saw one of the guys in my dorm having really bad chest pains, and his cop-outs and sick call requests were ignored. He was told to just drink water and get some rest. Later, I heard he had a heart attack. This type of thing happens all the time.

14. We typically ask for medical care in one of two ways: (1) we either submit a written request, called a "cop-out," or (2) we submit a form during "sick call," which is when a nurse or staff member visits the housing units once a week to collect sick call requests. We do not get to keep a copy of these requests.

400417311.1

Manatt, Phelps & Phillips, LLP
Attorneys at Law
Los Angeles

- 4 -

DECLARATION OF DANIEL CHAVEZ
CASE NO. 2:20-CV-04451-MWF-MRWX

15. I have seen very sick people submit multiple cop-outs and sick call requests only to go totally ignored. Often we don't get a response at all. The fastest we will get a response is within a week, even if the symptoms are serious. A lot of times, the response is to tell you that you should drink water and get some rest or to submit another cop-out. This is supposed to be a medical facility, but the medical care feels nonexistent.

16. Because the reputation for medical treatment and response is so bad, people are afraid to report COVID-19 symptoms, and they are afraid to get the vaccine.

17. I recently was sent to the Metropolitan Detention Center in Los Angeles for a few months because my case was on appeal. The medical response there was way better. When you put in a cop-out to ask for medical care, they call you right away instead of waiting for over a week to see you. I don't understand this, because Terminal Island is the one that is supposed to be the medical facility. There are people who have been waiting years to get medical treatment. One person in my unit, Dino Gentile, BOP number 14711-112, has a hip blown out and has been waiting years to get a hip replacement. He is in pain all night, and we can all hear him crying out in pain.

18. I was offered the vaccine, but I am afraid to get it because there is no medical care here. I have a lot of allergies, and I saw on the news that people who have allergic reactions to the vaccine can die. I'm afraid if I have a bad reaction, they will just let me die here without seeing me right away. I have seen guys who are in serious pain or with severe symptoms being totally ignored. I don't want to

///
///
///
///
///

400417311.1

risk getting the vaccine and dying from an allergic reaction because no one would treat me.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of August, 2021, in San Pedro, California.

*/s/ Daniel Chavez*
Daniel Chavez

On August 6, 2021, due to the travel restrictions in light of the COVID-19 pandemic, I read the contents of this declaration, verbatim, to Daniel Chavez by telephone. He orally confirmed that the contents of the declaration were true and correct. He also orally granted me permission to affix his signature to the declaration and to file his declaration in this matter.

By: */s/ Naeun Rim*
Naeun Rim
Attorney for Plaintiff-Petitioners

400417311.1