```
PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00096-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE; FINDINGS AND ORDER |
| v. | |
| MARK ANDERSON, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant refiled his renewed motion for compassionate release on October 23, 2021. ECF No. 306. The government's response is due on or before October 30, 2021. L.R. 430.1(d).

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion shall be filed on or before November 5, 2021;

        b)    The defendant's reply to the government's response shall be filed on or before November 12, 2021.

IT IS SO STIPULATED.

Dated:  October 25, 2021　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　　　　SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  October 25, 2021　　　　　　　　　　/s/ STEPHANIE ADRAKTAS
　　　　　　　　　　　　　　　　　　　　　　　STEPHANIE ADRAKTAS
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　MARK ANDERSON

## FINDINGS AND ORDER

IT IS SO ORDERED this 25th day of October 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE