PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARK ANDERSON,<br><br>          Defendant. | CASE NO. 2:07-CR-00096-KJM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On April 12, 2022, the defendant filed a statement of supplemental information in support of his renewed request for compassionate release. ECF No. 313.

2. Counsel for the government requests additional time to obtain relevant records from the Federal Bureau of Prisons and draft a potential response to the defendant's supplemental filing. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the following schedule:

   a) The government's response to the defendant's supplemental filing, if any, shall be filed on or before April 29, 2022;

      b)     The defendant's reply to the government's response, if any, shall be filed on or before May 6, 2022.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 18, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ SAM STEFANKI<br>SAM STEFANKI<br>Assistant United States Attorney |
| Dated: April 18, 2022 | /s/ STEPHANIE ADRAKTAS<br>STEPHANIE ADRAKTAS<br>Counsel for Defendant<br>MARK ANDERSON |

## ORDER

IT IS SO ORDERED this 26th day of April, 2022. The Court sets the following schedule:

    a)     The government's response to the defendant's supplemental filing, if any, shall be filed on or before April 29, 2022; and

    b)     The defendant's reply to the government's response, if any, shall be filed on or before May 6, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE