Stephanie M. Adraktas
State Bar #215323
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
415-699-1507
stephanieadraktas@att.net
Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK ANDERSON,<br><br>        Defendant | Case No. 2:07-cr-00096-KJM<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE VERIFIED RELEASE PLAN |

The parties, by and through counsel, have conferred and respectfully request that the Court approve the defendant's request for a two-week extension of time to file a renewed verified release plan in connection with his renewed motion for compassionate release.

**Defendant's Statement of Basis for Defendant's Request**

On August 22, 2022, this Court issued a minute order directing the defendant to file a renewed verified release plan within seven days. Mr. Anderson suffers from several serious medical conditions including congestive heart failure, chronic pain from a severe back injury sustained in a train accident and kidney disease. Mr. Anderson has worked with a social worker, Maureen Paley, who has identified a Board and Care placement for him as well as other services. However, because substantial time has passed since the motion was filed, she must re-contact the

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE VERIFIED RELEASE PLAN - 1

service providers, Mr. Anderson's case manager at Terminal Island and others to verify that Mr. Anderson would have a verified residence and the resources that he needs upon release.

That work will require substantial time. Ms. Paley estimated that it would take approximately 12 hours to do the necessary work and verifications. Also, Ms. Paley has a pre-planned vacation for one week beginning on Saturday August 27, 2023. Accordingly, Mr. Anderson respectfully requests a two-week extension of time to September 12, 2022, to provide an updated and verified release plan for Mr. Anderson.

On August 23, 2022, counsel for Mr. Anderson conferred by email with Assistant United States Attorney Mr. Samuel Stefanki. Mr. Stefanki stated "The government does not object to a two-week extension of time to prepare a release plan in this case."

**Defendant's Unopposed Request**

The defendant must submit a new verified release plan in connection with his Motion for Compassionate Release no later than September 12, 2022.

IT IS SO STIPULATED

Dated August 23, 2022.

                        Respectfully Submitted,

                        /s /STEPHANIE M. ADRAKTAS
                        State Bar #215323
                        Counsel for Defendant
                        Mark Anderson

                        PHILLIP A. TALBERT
                        United States Attorney
                        /s/ SAMUEL STEFANKI
                        Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE VERIFIED RELEASE PLAN - 2

[PROPOSED] ORDER

Based on the stipulation of the parties above, IT IS HEREBY ORDERED that the defendant's proposed verified release plan is due by or before September 12, 2022.

IT IS SO ORDERED

Dated: _____

                                          KIMBERLY J. MUELLER
                                        Chief United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE VERIFIED RELEASE PLAN - 3