STEPHANIE M. ADRAKTAS (No. 215323)
Attorney
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
Telephone (415) 699-1507
stephanieadraktas@att.net

Attorney for Defendant
MARK ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK ANDERSON,<br><br>　　　　　Defendant. | NO. 2:07-CR-00096-LKK<br><br>Defendant's Release Plan<br>in Support of Motion for<br>Compassionate Release |

To: The Honorable Kimberly J. Mueller, Chief United States District Judge and to the United States Attorney's Office, by and through Assistant United States Attorney Samuel Stefanki

On August 22, 2022, this Court ordered Mr. Anderson to provide to the Court a verified release plan in support of his Motion for Compassionate Release. ECF No. 322. By and through his appointed counsel, Mr. Anderson hereby presents the attached release plan that has been updated and verified by social worker Maureen Paley.

After receiving the Court's Order, undersigned counsel retained the services of Ms. Paley who assisted with preparation of Mr. Anderson's previous proposed release plan. Ms. Paley has obtained a verified housing placement for Mr. Anderson at Blessings Care, a board and care home in Sacramento. The contact person at Blessing's Care is Madihah Stewart and her phone number is 916-718-0095. Ms. Paley has also verified that Mr. Anderson can stay at Blessings Care indefinitely.

If Mr. Anderson is release, the St. Vincent De Paul Society has agreed to pay for up to three months of Mr. Anderson's costs for room and board at Blessings Care while he reinstates his Social Security Income benefits. A letter confirming that Mr. Anderson will receive those financial benefits from St. Vincent De Paul upon his release is also attached.

In addition, Ms. Paley has verified that Mr. Anderson's history of employment prior to incarceration qualifies him for Social Security benefits that will cover his costs of living at the board and care home. She has also verified that Mr. Anderson was receiving Supplemental Security Income due to his disability prior to his incarceration and that he will be eligible for benefits upon his release.

Ms. Paley has also arranged for supplemental services for Mr. Anderson in the event that the Court grants him compassionate release. She has arranged for Mr. Anderson to receive assistance from the Exodus Project, which is a re-entry program provided by St. Vincent De Paul of Greater Sacramento. The Exodus Project offers mentoring, employment services, counseling, clothing, transportation, assistance in obtaining vital documents, and other resources. A letter from the Exodus Project verifying that their program will provide re-entry services to Mr. Anderson upon his release is attached.

Ms. Paley has also verified that Mr. Anderson will be able to access medical care from the University of California Medical Center at Davis, which is only about 1.5 miles from the Blessings Care board and care home. Mr. Anderson will also receive Medicare benefits to cover his medical expenses.

Ms. Paley and Mr. Anderson have verified that the staff at Terminal Island will assist him with transportation to Sacramento upon his release. In addition to these resources, Mr. Anderson has social and emotional support of his long-time girlfriend, Ms. Cynthia Witten.

Finally, should the Court have any concerns about Mr. Anderson's plan for re-entry, undersigned counsel proposes that additional social work services (15 hours at $40 per hour) could be approved through the CJA program to monitor and assist Mr. Anderson during his re-entry and to assist counsel in providing the Court with an updated verified report after he is released.

Date: September 12, 2022.

Respectfully Submitted,

_____
/s/ Stephanie M. Adraktas
State Bar No. 215323
CJA Appointed Attorney for Mark Anderson