## Release Plan for Mr. Mark Anderson

### Background

This Re-Entry Plan for Mr. Mark Anderson provides resources that will support Mr. Anderson's reintegration into the community.  A Social Worker retained in connection with the Criminal Justice Act (CJA) appointment in this case developed the following re-entry plan working with Mr. Anderson to understand his housing, income, and medical needs, among others.

### Major Supports for Re-Entry

| | |
|---|---|
| **Housing** | • Upon release from custody, Mr. Anderson can live at Blessings Care (BC) Room and Board located at 3718 40th Street Sacramento, CA 95820.<br>• BC will provide a room and daily meals for Mr. Anderson. BC is located less than 1.5 miles from UC Davis Medical Center, where Mr. Anderson will access health care. BC also has experience connecting residents with transportation support to medical appointments and the Social Security office.<br>• The Saint Vincent De Paul Society in Sacramento and West Sacramento have agreed to sponsor Mr. Anderson's monthly rent for up to three months, so that he can stabilize and start the process of getting his SSI reinstated. (*Please see the attached letter from Saint Vincent De Paul Society*).<br>• Mr. Anderson can stay at Blessings Care indefinitely. |
| **Income** | • Mr. Anderson's history of employment will yield a Social Security benefit that will provide for his major needs. Prior to custody, Mr. Anderson received SSDI compensation, and he will start the process of getting SSI reinstated post release.<br>• Mr. Anderson also intends to eventually gain employment where he can utilize his administrative skills when his health conditions have stabilized. |

| | |
|---|---|
| **Medical Care** | • Mr. Anderson has health conditions that will warrant careful treatment and consideration, especially given the continued COVID-19 pandemic.<br>• Mr. Anderson survived a traumatic train wreck in the late 1990s and is a cancer survivor. The train accident left him with a severe back injury that requires attention very soon. And, while his cancer prognosis is not threatening, he will need ongoing monitoring to ensure his remission continues. He also has chronic conditions that are exacerbated by his age. These will need ongoing care as well.<br>• Upon release from custody, Mr. Anderson will be eligible for Medicare.  If Terminal Island FCI can support Mr. Anderson in establishing his Medicare coverage, he may be covered upon release from custody. If not, Mr. Anderson can contact California's Medicare hotline to start the process of signing up for healthcare services and be eligible within 30-60 days. During the waiting period for Medicare, Mr. Anderson can receive primary care medical services at a community health clinic should he need them. |
| **Transportation** | • FCI Terminal Island has communicated that they will support Mr. Anderson's transportation and any necessary accommodations from Terminal Island to Sacramento.<br>• Mr. Anderson's Medicare coverage will support him in gaining reduced cost transportation, which will help him establish/re-establish relationships with doctors and pursue the medical care and procedures he needs to support his independence.<br>• Mr. Anderson's long-term goal is to purchase a vehicle as his primary mode of transportation. |
| **Social-Emotional** | • The Exodus Project, a community organization in Sacramento that offers mentorship and support for individuals after their release from custody, has committed to providing services to Mr. Anderson upon his release (*Please see the attached letter from Rabbi Seth Castleman, Director of Exodus Project, for more information*).<br>• Mr. Anderson's girlfriend is Ms. Cynthia Witten, a resident of Marin County. Mr. Anderson is in frequent close communication with Ms. Witten, and Mr. Anderson describes their relationship as stable and supportive. Mr. Anderson will have the moral |

| | |
|---|---|
| | and emotional support of his relationship with Ms. Witten as he re-establishes connections and social networks in the broader community. Because Ms. Witten has limited financial resources, she is not able to provide Mr. Anderson with housing or financial support at this time. |
| **Social Work** | • Mr. Anderson has CJA appointed counsel, and he is receiving social work support through that court appointment currently.<br>• Mr. Anderson's attorney will request an additional 15 hours of social work services to support his transition post release. This will help Mr. Anderson get grounded and stabilized in his new residence and also start the process of reinstating his SSDI and accessing medical care. |