

# Society of Saint Vincent de Paul
## Yolo / Metro SVdP district
Our Lady of Grace Conference
Website: http://ourladyofgrace-svdp.blogspot.com

Our Lady of Grace Catholic Church
911 Park Boulevard, West Sacramento, CA   95691

Help line:  (916) 371-5264

*serviens in spe*
*Serving in hope*

September 8, 2022

RE:  Mark Anderson BOP # 16966-097

To Whom It May Concern:

I have been in contact with Seth Castleman, the director of the Exodus project, which is also a program of St. Vincent de Paul for reentry for individuals returning from incarceration.

The Society of Saint Vincent de Paul Yolo-Metro District will provide funds needed for his housing placement.

Sincerely,


Sonja Craighton
Yolo-Metro District President