

2324 L St., Suite 308
Sacramento, CA 95816
916.669.0611

exodus@svdp-sacramento.org
www.exodus-project.org

September 7, 2022

To Whom It May Concern:

Mr. Mark Anderson, BOP # 16966-097, has been accepted into Exodus Project, a program of St. Vincent de Paul, Sacramento. Exodus Project is a reentry program serving women and men returning from incarceration to the Greater Sacramento Area. Exodus Project offers emergency and transitional housing, mentoring, employment services, counseling, clothing, transportation, assistance in obtaining vital documents, and other resources and referrals that Mr. Anderson may be eligible for.

Mr. Anderson has volunteered for our program. We look forward to working with him.

Sincerely,

Seth Castleman
Director

A Special Works of    Supported by The Roman Catholic Diocese of Sacramento